**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 236 MAL 2022

          Respondent :

           : Petition for Allowance of Appeal
           : from the Order of the Superior Court

          v. :

JAMAL AARON PRESSLEY, :

          Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 22nd day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.